# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00084-CR

**Glen L. Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 10-1680-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Glen L. Williams filed a notice of appeal from a judgment of conviction for unauthorized use of a vehicle. However, the trial court certified that: (1) this is a plea bargain case and Williams has no right of appeal, and (2) Williams waived the right of appeal. Williams and his counsel signed the certification.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: August 5, 2011

Do Not Publish